PATRICIA E. RAMGOPAL, Respondent, v CHINNIAH RAMGOPAL, Appellant. [715 NYS2d 673] —Order unanimously af-

firmed without costs for reasons stated in decision at Supreme Court, Sedita, Jr., J. (Appeal from Order of Supreme Court, Erie County, Sedita, Jr., J.—Matrimonial.) Present—Pigott, Jr., P. J., Pine, Hayes, Wisner and Kehoe, JJ.